<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7638**

———————————

KORANE Q. MOORE,

Petitioner - Appellant,

versus

THEODIS BECK; STATE OF NORTH CAROLINA,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Paul Trevor Sharp, Magistrate Judge.  (CA-00-575-1)

———————————

Submitted: April 13, 2001          Decided: May 1, 2001

———————————

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Korane Q. Moore, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Korane Q. Moore seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny Moore's motion for a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. Moore v. Beck, No. CA-00-575-1 (M.D.N.C. Nov. 3, 2000). We also deny Moore's motions for discovery and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).